UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                    Case No. 1:15-cr-00116(12)
ASHLEY WILSON,
    Defendant.

FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 NOV 10 PM 3:05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: Julie Wolfer (Official)         Date/Time: 11/10/2015 @ 1:30 PM
United States Attorney: Tim Oakley
Defendant Attorney: Richard Goldberg (CJA)

*Initial Appearance:* [] Complaint; [X] Indictment; [] Information; [] petition for supervised release [] Rule 5(c)(3) Proceedings
[X] Counsel present
[X] Defendant informed of his / her rights    [X] Defendant provided copy of charging document *(PROVIDED TO COUNSEL - INDICTMENT IS UNDER SEAL)*
[ ] Government moves for defendant to be detained pending detention hearing
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed. *(CJA)*

*Detention:* [] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant
Witness _____
[X] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other

Special Conditions of Release: [X] Pretrial/Probation Supervision [X] Drug testing & Treatment [ ] maintain employment & verify
[X] refrain from alcohol [X] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to
*DO NOT OBTAIN PASSPORT OR OTHER INTL TRAVEL DOCUMENTS; MENTAL HEALTH EVALUATION + TREATMENT, AS DIRECTED;*
*Pretrial Bond Violation Hearing:*
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified: *NO CONTACT WITH CO-DEFTS*

Preliminary Exam Hearing set _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses:

AUSA Exhibits: _____ Defendant Exhibits:

*Arraignment on* [X] Indictment or [] Superseding Indictment or [] Information or [ ] Misdemeanor Information:
Defendant waives reading [X]        Defendant pleads: [ ] GUILTY  [X] NOT GUILTY
[ ] PSI ordered                               [ ] Sentencing set for _____
[X] Case to proceed before *JUDGE BLACK*

*Removal Hearing (Rule 5c):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered.    [ ] Removed to _____
[ ] Probable Cause Found

Remarks: