UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

FILED
RICHARD W. ...
CLERK OF COU...

2015 NOV 10 PM 3: 05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES OF AMERICA

-vs-

ASHLEY WILSON

Case No. 1:15-cr-00116(12)

### ORDER APPOINTING
### FEDERAL PUBLIC DEFENDER/CJA PANEL ATTORNEY

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that **CJA Panel Attorney Richard J. Goldberg** is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

*Stephanie K Bowman*
Stephanie K Bowman
United States Magistrate Judge