AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 NOV -4 PM 5:27
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

United States of America
v.
Ashley Wilson

*Defendant*

Case No. 1:15CR 116 (12)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ashley Wilson,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. 841a1, b1A, and 846.

Date: _____

*Issuing officer's signature*

City and state: Cincinnati, Ohio

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/4/2015, and the person was arrested on *(date)* 11/10/2015
at *(city and state)* Harrison, OH.

Date: 11/10/2015

*Arresting officer's signature*

Pedro Ramos   S/A
*Printed name and title*