UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:15-CR-116-12 |
| | : | |
| | : | **UNITED STATES' RESPONSE TO** |
| v. | : | **DEFENDANT'S AMENDED MOTION** |
| | : | **TO MODIFY BOND CONDITIONS** |
| | : | |
| ASHLEY WILSON | : | JUDGE TIMOTHY S. BLACK |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

As advised in the defendant's amended motion (Doc. 152), the United States hereby informs the Court that it does not object to the defendant's amended motion to modify bond conditions.

Respectfully submitted,

CARTER M.STEWART
United States Attorney


s/Kenneth L. Parker
KENNETH L. PARKER (0068805)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513)684-3711
Fax: (513)684-2047
Kenneth.Parker@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court's CM/ECF System this 1st day of March, 2016, which provides electronic notice to all parties.

s/Kenneth L. Parker<br>
KENNETH L. PARKER (0068805)<br>
Assistant United States Attorney