# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO
PROBATION OFFICE

110 POTTER STEWART COURTHOUSE
100 EAST 5TH STREET
CINCINNATI, OH 45202-3980

## PRESENTENCE REPORT TRANSMITTAL

TO: Honorable Timothy S. Black
United States District Judge

FROM: Sarah J. Willison
United States Probation Officer

SUBJECT: **WILSON, Ashley**
**Docket No.: 1:15CR00116-012**
**Final Presentence Report**

DATE: September 15, 2017

The Final Presentence Report and any necessary addenda are herewith submitted to the Court.

The Defense Counsel and Counsel for the Government are being provided with a copy of the final Presentence Investigation Report.

cc: District Court Clerk ✓

Timothy D. Oakley
Kenneth L. Parker
Assistant U.S. Attorney

Richard J. Goldberg
2662 Madison Road
Cincinnati, Ohio 45208